# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Justine Castle, et al.,                                          Civil No. 12-829 (SRN/SER)

    Plaintiffs,

v.                                                               **ORDER**

Deputy Luke Garvey, et al.,

    Defendants.

---

The above matter was commenced on April 3, 2012. To date, it does not appear from the court docket that service has been effected upon the defendants. If proof of service is not filed within 20 days from the date of this order, this Court will dismiss the Complaint without prejudice.

Dated: October 15, 2012

                                                    s/Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Judge