# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Justine Castle, et al.,                      Case No. 12-CV-829 SRN/SER

                                           **ORDER**

                   Plaintiffs,

v.

Deputy Luke Garvey, et al.,

                   Defendants.

---

This matter is before the Court on Plaintiff Justine Castle's letter request for a two month extension in order to attempt to obtain new counsel [Docket No. 4].

Based upon all the files, records and proceedings herein,

**IT IS HEREBY ORDERED THAT** Plaintiffs are granted an extension of two months to obtain new counsel and effect service upon the defendants.


Dated: November 20, 2012                 s/Susan Richard Nelson
                                                 SUSAN RICHARD NELSON
                                                 United States District Judge